497 A.2d 607

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Jeffrey Scott REMP.**

Supreme Court of Pennsylvania.

Aug. 2, 1985.

346

Petition for Allowance of Appeal GRANTED, No. 106 E.D. Appeal Docket 1985.